# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONALD BRIDGEFORTH, et al.**                                                                 **PLAINTIFFS**

**v.**                              **Case No. 4:20-cv-00917-LPR**

**NEW AGE DISTRIBUTING, INC.**                                                                 **DEFENDANT**

## ORDER

In addition to the previous Order dismissing Plaintiffs Goins, Kelly, and Hogue with prejudice for the reasons already stated,[1] and based upon the affidavit provided by counsel for Defendant,[2] the Court additionally orders Plaintiffs Goins, Kelly, and Hogue to each pay Defendant five hundred dollars ($500) as an additional sanction, pursuant to Fed. R. Civ. 37(d)(3), for Defendant's attorney's fees and costs related to these Plaintiffs not attending their depositions.

IT IS SO ORDERED this 28th day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 28).

[2] Aff. (Doc. 32).