**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHAWN HEARD and
LAQUINTON PIGEE**                                                            **PLAINTIFFS**

**V.**                                    **No. 4:20-CV-00917-LPR**

**NEW AGE DISTRIBUTING, INC.**                                        **DEFENDANT**

## DEFENDANT'S PRETRIAL DISCLOSURES

The Defendant, New Age Distributing Inc., by and through its counsel, Brian A. Vandiver of Cox, Sterling, Vandiver & Botteicher, PLLC, for its Pretrial Disclosure Sheet pursuant to Local Rule 26.2, states:

1) **The identity of the party submitting information**.

   Defendant—New Age Distributing, Inc.

2) **The names, addresses, and telephone numbers of all counsel for the party**.

Brian A. Vandiver
Dylan Botteicher
Cox, Sterling, Vandiver & Botteicher, PLLC
8201 Cantrell Road, Suite 230
Little Rock, AR 72227
(501) 954-8073

3) **A brief summary of claims and relief sought**.

   Plaintiffs seek unpaid overtime. Defendant denies the claim.

4) **Prospects for settlement**.

   Counsel has previously communicated about the possibility of a settlement conference, but settlement is unlikely at this point.

5) **The basis for jurisdiction and objections to jurisdiction**.

   The Fair Labor Standards Act is the basis for jurisdiction. Defendant does not object to jurisdiction.

1

6)   **A list of pending motions**.

There are no pending motions.

7)   **A concise summary of the facts**.

Defendant sells and distributes bottled beverages to local clients. Plaintiffs are merchandisers who place delivered drinks at displays on various routes for Defendant. Plaintiffs allege that they worked over 40 hours a week and were not paid overtime. Defendant denies their claims. Defendant incorporates by reference its Statement of Facts filed with its Motion for Summary Judgment.

8)   **All proposed stipulations**.

Defendant is a covered employer under the FLSA.

9)   **The issues of fact expected to be contested**.

Plaintiffs' hours worked and plaintiffs' job duties.

10)  **The issues of law expected to be contested**.

Whether Defendant violated the FLSA, the amount of damages owed to each Plaintiff, if any, and whether Defendant acted in good faith.

11)  **A list and brief description of exhibits, documents, charts, graphs, models, schematic diagrams, summaries, and similar objects which may be used in opening statement, closing argument, or any other part of the trial, other than solely for impeachment purposes, whether or not they will be offered in evidence.**

Defendants may use any document identified in Plaintiff's Pretrial Disclosure Sheet, any document attached as an exhibit to any pleading in this case, or any document produced during discovery.

12)  **The names, addresses and telephone numbers of witnesses for the party.**

Defendants will call Dawn Frantz, Rick Davis, Aaron Christman, Emmanuel Savage, Marlos Finley, and Varrick Lott.

Defendants may call any witness identified in Plaintiff's Pretrial Disclosure Sheet and any witness identified during discovery as a potential witness.

13)  **The current status of discovery, a precise statement of the remaining discovery and an estimate of the time required to complete discovery.**

Discovery is complete.

2

14) **An estimate of the length of trial and suggestions for expediting disposition of the action.**

        Three days.

        Respectfully Submitted,

        Cox, Sterling, Vandiver & Botteicher, PLLC
        8201 Cantrell Road, Suite 230
        Little Rock, AR 72227
        (501) 954-8073
        bavandiver@csmfirm.com

        Brian A. Vandiver, Ark. Bar No. 2001078
        Dylan J. Botteicher, Ark. Bar No. 2017170

## <u>CERTIFICATE OF SERVICE</u>

        I, Brian A. Vandiver, do hereby certify that a true and correct copy of the foregoing pleading was filed via this Court's CM/ECF filing system to all counsel on record on this 26th day of June, 2023.

        Brian A. Vandiver (ABN No. 2001078)