IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONALD BRIDGEFORTH,** **PLAINTIFFS**
**JAVII GOINS, SHAWN HEARD,**
**COREY HOGUE, JEREMY JAMERSON,**
**AREDIOUS KELLY, LAQUINTON**
**PIGGEE and CHRISTOPHER WILLIAMS**

vs.                              No. 4:20-cv-917-LPR

**NEW AGE DISTRIBUTING, INC.**                    **DEFENDANT**

**PLAINTIFFS' MOTION IN LIMINE**

Plaintiffs Shawn Heard and LaQuinton Piggee (collectively "Plaintiffs"), by and through their attorneys of the Sanford Law Firm, PLLC, before any proceedings have been had in the presence of the jury, before the *voir dire* examination of the jury panel, and before the introduction of any evidence, for their Motion in Limine they state and allege as follows:

1.      In this Motion and the Brief in Support, "evidence," means evidence, testimony, innuendos, assertions, allusions, questions concerning, or anything else having a purpose of eliciting a response regarding or drawing attention to the subjects requested by this Motion to be excluded, presented within the hearing of any member of the jury panel, either in *voir dire* examination, or upon statement of the case, or by the interrogation of the witnesses, or in argument, or by objections in the presence of the jury, either directly or indirectly, or otherwise made known to the jury.

2.      Plaintiffs move the Court to instruct counsel for Defendant not to mention

within the hearing of any member of the jury panel, either in *voir dire* examination, or upon statement of the case, or by the interrogation of the witnesses, or in argument, or by objections in the presence of the jury, or otherwise, any of the following matters, either directly or indirectly, not to refer to, nor interrogate concerning, nor otherwise apprise the jury of any of the following matters until such matter has been called to the Court's attention out of the presence and hearing of the jury and a ruling has been made by the Court as to the competency of each such matter outside of the presence and hearing of any member of the jury or jury panel. It is further moved that counsel for Defendant be instructed to apprise each of its witnesses of the contents of the ruling by the Court on this motion to the end that such motion not be inadvertently or otherwise violated by a witness.

   3.  The matters subject to this Motion in Limine are as follows:

   A.  Evidence of or references to any prior proceeding involving Defendant and parties represented by Plaintiffs' counsel, including *Christman v. New Age Distributing, Inc.*, No. 4:19-cv-488-LPR (E.D. Ark.), filed 07/12/2019, and *Bailey v. New Age Distributing, Inc.*, No. 4:18-cv-538-JM (E.D. Ark.), filed 08/17/2018;

   B.  Evidence of or references to any appellate proceeding involving Defendant and parties represented by Plaintiffs' counsel, including *Bailey v. New Age Distributing, Inc.*, 823 F. App'x 451 (8th Cir. 2020);

   C.  Evidence related to Plaintiffs' attorneys' fees and costs;

   D.  Any evidence of or references to Plaintiffs' counsel's activities outside of the presence of the jury, including other clients represented and lawsuits filed by Plaintiffs' counsel, the personal or political activities of Plaintiffs' counsel, news articles and/or

reports about Plaintiffs' counsel, social media postings by or about Plaintiffs' counsel and/or any other details about the attorneys.

4. Plaintiffs submit with this Motion a Brief in Support, which is fully incorporated in this Motion by reference.

WHEREFORE, Plaintiffs respectfully ask the Court to exclude the topics identified above, for costs and a reasonable attorneys' fee, and for all other proper relief to which they may be entitled.

Respectfully submitted,

**PLAINTIFFS SHAWN HEARD and LAQUINTON PIGGEE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com