AO 187 (Rev. 7/87) Exhibit and Witness List

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Aug 16, 2023
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

# United States District Court
## Eastern District of Arkansas

Donald Bridgeforth, et al.  v.  New Age Distributing, Inc.

EXHIBIT AND WITNESS LIST

CASE NUMBER: 4:20-cv-917-LPR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lee P. Rudofsky | Sean Short | Brian A. Vandiver |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| August 15 - | Select Reporter... | Heather Clark |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Dawn Frantz |
| 2 | | | | | Laquinton Piggee |
| 3 | | 8/16/2023 | | | Shawn Heard |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages