AO 187 (Rev. 7/87) Exhibit and Witness List

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Aug 16, 2023
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

# United States District Court
## *Eastern District of Arkansas*

Donald Bridgeforth, et al.
                                         V.        New Age Distributing, Inc.

EXHIBIT AND WITNESS LIST

CASE NUMBER: 4:20-cv-917-LPR

| PRESIDING JUDGE<br>Lee P. Rudofsky | | PLAINTIFF'S ATTORNEY<br>Sean Short | | DEFENDANT'S ATTORNEY<br>Brian A. Vandiver | |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>August 15 - | | COURT REPORTER<br>Select Reporter... | | COURTROOM DEPUTY<br>Heather Clark | |

| PLF.<br>NO. | DEF.<br>NO. | DATE.<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | New Age Distributing, Inc. Policy Handbook - New Age/Bridgeforth 0258-0273 |
| 2 | | | | | Defendant's Responses to Plaintiff's First Set of Interrogatories |
| 3 | | | | | Laquinton Piggee Payroll Summary - New Age/Bridgeforth 098-0137; 781-809 |
| 4 | | | | | L. Piggee 2017-2018 Merchandising Standards - New Age/Bridgeforth 0574 |
| 5 | | | | | Laquinton Piggee Payroll Status Change - New Age/Bridgeforth 0563-0572 |
| 6 | | | | | Laquinton Piggee Saturday Pullup Sheet - New Age/Bridgeforth 0256 |
| 7 | | | | | Laquinton Piggee Supplemental Damage Calculations |
| 8 | | 8/16/2023 | X | X | Shawn Heard Payroll Summary - NewAge/Bridgeforth 0138-0154 |
| 9 | | 8/16/2023 | X | X | Shawn Heard Payroll Status Change - New Age/Bridgeforth 0683 |
| 10 | | | | | Shawn Heard Supplemental Damage Calculations |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.