AO 187 (Rev. 7/87) Exhibit and Witness List

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Aug 16, 2023
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

# United States District Court
## Eastern District of Arkansas

| | | |
|---|---|---|
| Shawn Heard and LaQuinton Pighee | New Age Distributing, Inc. V. | EXHIBIT AND WITNESS LIST |
| | | CASE NUMBER: 4:20-CV-00917-LPR |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lee P. Rudofsky | Josh Sanford | Brian A. Vandiver |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 8/15/2023-8/17/2023 | Select Reporter... | Heather Clark |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Dawn Frantz |
| | | 8/16/2023 | | | Rick Davis |
| | | | | | Aaron Christman |
| | | | | | Emmanuel Savage |
| | | 8/16/2023 | | | Marlos Finley |
| | | 8/16/2023 | | | Varrick Lott |
| | | | | | Shawn Heard |
| | | | | | LaQuinton Pighee |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages