FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Aug 16, 2023
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAWN HEARD**                                                                                    **PLAINTIFF**

v.                          **CASE NO. 4:20-CV-00917-LPR**

**NEW AGE DISTRIBUTING, INC.**                                                     **DEFENDANT**

## VERDICT FORM

Question No. 1: On the overtime claim of Plaintiff Shawn Heard against Defendant New Age Distributing, Inc. as set forth in Closing Instruction No. 9, we the jury find in favor of:

_____      _Defendant New Age Distributing, Inc._
(Plaintiff Shawn Heard)     or     (Defendant New Age Distributing, Inc.)

**Note:** **Answer Question No. 2 only if the above finding is in favor of Plaintiff Shawn Heard. If the above finding is in favor of Defendant New Age Distributing, Inc., ignore Question No. 2 and Question No. 3 and have your foreperson sign and date the form because you have completed your deliberations on Mr. Heard's overtime claim.**

Question No. 2: Has Mr. Heard proved that Defendant's failure to pay Mr. Heard overtime was willful as that term is defined in Closing Instruction No. 10?

_____Yes          _____No

**Note:** **If you answered yes to Question No. 2, you should award damages (in Question No. 3) for the period from January 5, 2018, to October 13, 2018. If you answered no to Question No. 2, you should award damages (in Question No. 3) only for the period from August 10, 2018, to October 13, 2018.**

<u>Question No. 3</u>: We the jury find that Mr. Heard should be awarded damages in the amount of $ _____.

_____ MATTHEW MINK
Foreperson

Date: 8-16-2023