(Post. 02/15/12)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Aug 16, 2023
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Shawn Heard                         PLAINTIFF

v.                  No. 4:20-cv-00917-LPR

New Age Distributing, Inc.            DEFENDANT

## RECEIPT FOR EXHIBITS

I hereby acknowledge that the following exhibits introduced during the hearing or ✓ trial in this case on __August 16, 2023__, were returned to me as counsel for
*(Date(s))*

__Shawn Heard__.
*(Party Name)*

Exhibits: Plantiff's exhibits 8 and 9.

*(Attorney Signature)*

Date: August 16, 2023

cc:     Counsel of Record
          File