# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONALD BRIDGEFORTH, et al.**                                                              **PLAINTIFFS**

v.                               Case No. 4:20-CV-00917-LPR

**NEW AGE DISTRIBUTING, INC.**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the jury verdict entered on the docket yesterday and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) judgment is entered in favor of Defendant New Age Distributing, Inc. on the claims brought by Plaintiffs Heard, Jamerson, and Williams; and (2) the claims brought by Plaintiffs Piggee, Bridgeforth, Goins, Kelly, Hogue, Courtney, and Keener are DISMISSED with prejudice.

IT IS SO ADJUDGED this 17th day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE